**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO CAMPA-ANGULO,<br><br>            Petitioner,<br><br>     v.<br><br>UNITED STATES,<br><br>            Respondent. | Case No. **EDCV 12-0791VAP**<br>          EDCR 11-00030 VAP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.


Dated: May 21, 2013
                                    _____
                                        VIRGINIA A. PHILLIPS
                                    United States District Judge